# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SHEILA L. V., | : |
| | : Case No. 2:21-cv-5882 |
| Plaintiff, | : |
| | : Chief Judge Algenon L. Marbley |
| v. | : |
| | : Magistrate Judge Kimberly A. Jolson |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| | : |
| Defendant. | : |

## OPINION & ORDER

This matter comes before the Court on the Magistrate Judge's Report and Recommendation recommending that the Plaintiff's Statement of Errors (ECF No. 13) be overruled, and the Commissioner of Social Security's decision be affirmed. (ECF No. 16). The Report and Recommendation advised the parties that the failure to object within the applicable time period subjected them to the potential waiver of rights on appeal. (*Id*. at 13). This Court has reviewed the Report and Recommendation. No objections have been filed, and the deadline lapsed on October 19, 2022. As such, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 16), **OVERRULES** Plaintiff's Statement of Errors (ECF No. 13), and **AFFIRMS** the Commissioner's determination. This case is **DISMISSED**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: November 10, 2022**

1